

Questenberry
903 E. 430 S.
Salem, UT 84653



RECEIVED
SEP 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

INSPECTED BY
SEP 10 2020
U.S. MARSHAL SERVICE

Northern District of California
United States District Court
Clerk's Office
450 Golden Gate Ave, 16th Fl
San Francisco, CA 94102



UNITED STATES POSTAL SERVICE

Retail
US POSTAGE PAID
$8.25
Origin: 84653
09/08/20
4976840653-02

PRIORITY MAIL 2-DAY®
0 Lb 15.70 Oz
1004

EXPECTED DELIVERY DAY: 09/11/20

C004

SHIP TO:
450 GOLDEN GATE AVE
San Francisco CA 94102-3661

USPS TRACKING® NUMBER

9505 5152 2973 0252 1745 29

SEALED