**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA EX REL. BRYAN QUESENBERRY,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**BAY WIRE, INC., ET AL.,**<br><br>    Defendants. | Case No. 4:20-cv-06451-YGR<br><br>**ORDER TO SHOW CAUSE RE: STATISTICAL CLOSURE** |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

The Court understands that the remaining defendants have settled this case. According to the partial stipulation for dismissal at Docket Number 23, the Court further understands that the remaining defendants will not be dismissed until final payments are received on or by February 15, 2024. Given the procedural posture of this case, the **COURT HEREBY ORDERS THE PARTIES TO SHOW CAUSE** why this case should not be closed for statistical purposes only.

Nothing contained in the order closing the case shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. By March 24, 2024, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken. Other actions include without limitation filing a stipulation of dismissal.

By no later than Friday, February 10, 2023, the parties shall file their written responses to this order to show cause. Failure to timely respond will be construed as an admission that good cause exists to close the case for statistical purposes only consistent with the terms of this order.

**IT IS SO ORDERED.**

Dated: February 2, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**